# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>**Information Related to Facebook Account<br>Associated with Username "ernesto.quinteromacias"<br>(http://www.facebook.com/ernesto.quinteromacias)** | )<br>)<br>)  Case No.   2:21-mj-201<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

located in the _____Northern_____ District of _____California_____ , there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute a controlled substance, to wit: methamphetamine and heroin. |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT

- ☑ Continued on the attached sheet.
- ☑ Delayed notice of ___30___ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

**ROBERT KUKOVEC** Digitally signed by ROBERT KUKOVEC
Date: 2021.02.11 14:19:05 -05'00'

*Applicant's signature*

Robert Kukovec, Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date:  2/11/2021

Chelsey M. Vascura      *Judge's signature*

United States Magistrate Judge
Chelsey M. Vascura, U.S. Magistrate Judge

*Printed name and title*

City and state:  Columbus, Ohio

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, **Robert Kukovec**, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been employed as a Special Agent since April 2002, and I am currently assigned to the HSI office in Columbus, Ohio. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I am currently assigned to a multi-jurisdictional narcotics task force in the central Ohio area, and I am cross-designated to investigate violations of Title 21 of the United States Code. Prior to my employment with HSI (and formally U.S. Customs), I was employed as a police officer in the state of Ohio for approximately 8.5 years. My responsibilities and duties include the investigation and enforcement of federal laws and regulations related to customs and immigration violations, including but not limited to narcotics, financial crimes, fraud, and violations of the Immigration and Nationality Act.

2.      This affidavit is made in support of an application for a search warrant for information associated with a certain Facebook account that is stored at premises owned, maintained, controlled or operated by Facebook, a social networking company headquartered at 1601 Willow Road, Menlo Park, CA 94025 within the Northern District of California. The information to be searched is described in the following paragraphs and in Attachment B. This affidavit is made in support of an application for a search warrant under Title 18 U.S.C. §§ 2703(a),

2703(b)(1)(A), and 2703(c)(1)(A) to require Facebook to disclose to the government records and other information (including the content of communications) in its possession, pertaining to the subscriber or customer associated with **username "ernesto.quinteromacias" (http://www.facebook.com/ernesto.quinteromacias) listed under the screen name of "Lopez Arellano Sergei"** (Target Subject) as more particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

3.      Your Affiant is requesting authority to search the Facebook account where the items specified in Attachment B may be found, and to seize all items listed in Section II of Attachment B as instrumentalities, fruits, and evidence of crime.

4.      The information set forth in this affidavit is based upon my knowledge, training, experience, and participation in investigations involving the smuggling, possession, distribution, and storage of narcotics and narcotics proceeds.  This information is also based on the knowledge, training, experience, and investigations conducted by fellow law enforcement officers, which have reported to me either directly or indirectly.  I believe this information to be true and reliable.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.  Your affiant did not withhold any information or evidence that would negate probable cause.  I know it is a violation of Title 21 U.S.C. § 846 for any person to conspire to possess with intent to manufacture, distribute, or dispense a controlled substance.

**PROBABLE CAUSE**

5.      The Delaware County Drug Task Force (DCDTF) and HSI Columbus have been conducting an ongoing narcotics investigation into a Hispanic drug trafficking organization (DTO)

operating out of Mexico. Members of the DTO operate in Mexico and the central Ohio area distributing heroin and methamphetamine. As part of that investigation, the DCDTF have obtained multiple State of Ohio search warrants on residences, vehicles, and cellular phones being utilized by the DTO to distribute drugs in central Ohio.

6.        On July 18, 2018, the DCDTF, HSI Columbus, and the Columbus Police Department (CPD) conducted a controlled purchase of methamphetamine from a Hispanic male member of this DTO. Investigators purchased approximately 200 grams of methamphetamine.

7.        On July 25, 2018, investigators conducted surveillance on this member of the DTO who investigators conducted a controlled purchase from on July 18, 2020. The Hispanic male got into a red Jeep Cherokee and drove in a circuitous manner, eventually ending up in the area of the Meijer grocery store located at 100 Polaris Parkway in Westerville, Ohio. The Hispanic male continued to drive in circles through the nearby Woods at Polaris Parkway apartment complex and the Meijer parking lots. The Hispanic male was eventually observed picking up a white male, hereafter referred to as "Mike," at the apartment complex and drove around the area for a short time before dropping "Mike" back off at the entrance to the apartment complex. The Hispanic male then left the area in the red Jeep Cherokee. "Mike" was then picked up by a silver Ford F-150 pickup truck, and "Mike" and the driver of the pickup went through a nearby Burger King drive thru. Investigators continued to follow the two subjects in the silver Ford F-150 until they were stopped by Morrow County Deputy J. Coulter for a traffic offense at the Dollar General parking lot located at 4169 State Route 229 in Marengo, Ohio. Delaware County Deputy T. Gibson and his canine partner responded to the scene and conducted an open-air sniff around the silver Ford F-150. The canine alerted to the odor of narcotics coming from the vehicle and a probable cause search ensued. Deputies located a baggie containing approximately 70 grams of

methamphetamine located inside a Burger King bag. Another baggie containing approximately three (3) grams of methamphetamine and some U.S. currency was also located in the Burger King bag.

8.       Investigators interviewed "Mike" after he was advised of his constitutional rights (Miranda warning) by the deputies. The interview took place at the scene in the rear of a marked police cruiser. "Mike" stated he had purchased the methamphetamine from a Hispanic male at the Woods at Polaris Parkway apartment complex near Meijer in Westerville, Ohio. "Mike" stated he had been meeting with this Hispanic male for about a week and had purchased methamphetamine from him four (4) times during that time period. "Mike" advised he had purchased the methamphetamine for $900 each time and received approximately 2.5 ounces in return. "Mike" stated the same Hispanic male sold him the methamphetamine each time and always arrived in a red Jeep Cherokee. "Mike" advised that in order to meet with the driver of the red Jeep Cherokee, he had to contact another male in Mexico. "Mike" stated he would contact the male in Mexico using Facebook Messenger. "Mike" advised he sent the messages to an account for "Lopez Arellano Sergi" via Facebook Messenger. The account was provided to him by the male in Mexico after he initially contacted him via cellular phone. Mike stated he would routinely contact the male through Facebook Messenger to meet with the Hispanic male in the red Jeep Cherokee. "Mike" also showed investigators the Facebook page for the "Lopez Arellano Sergi" account. "Mike" advised he never called the Hispanic male in the red Jeep Cherokee directly.

9.       In early March 2020, investigators conducted another controlled purchase from a new Hispanic male member of this DTO. Investigators purchased approximately two (2) ounces of methamphetamine from this Hispanic male utilizing a confidential informant (CI) through a third-party broker. While details of the deal were being arranged, the CI observed the third-party

4

broker use Facebook to contact the source of supply in Mexico to arrange the deal. The CI stated he/she only saw partial info on the Facebook page, but observed the name "Lopez" with a dark profile picture. This was consistent with the Facebook page of "Lopez Arellano Sergi."

10.     Investigators were able to associate the "Lopez Arellano Sergi" Facebook page back to the source of supply in Mexico. Some of the accounts who commented on and liked photographs posted on the page were linked back to individuals in central Ohio who had known links to the source of supply in Mexico.

11.     On March 11, 2020, investigators executed a state search warrant issued through the Franklin County Municipal Court in Columbus, Ohio on the "Lopez Arellano Sergi" Facebook page. On March 30, 2020, investigators received the search warrant information back from Facebook. The account had been used to communicate with drug users/customers to arrange the sale of narcotics during the search warrant time frame requested. Pictures of suspected narcotics and money were also discovered. In many instances, detailed narcotics prices and quantities were discussed in Facebook Messenger conversations.

12.     In September 2020, investigators executed a state search warrant issued through the Franklin County Municipal Court in Columbus, Ohio at a residence in Columbus, Ohio associated with one of the Hispanic members of this DTO. Investigators discovered and seized approximately 1,800 grams of methamphetamine as a result of the search warrant. Investigators also seized communications and wire transfer information associated with the source of supply in Mexico believed to be operating the "Lopez Arellano Sergi" Facebook account.

13.     Investigators have identified numerous drug users/customers of this DTO since the beginning of the investigation. One of the customers identified was Laura MITCHELL. Investigators have also conducted surveillances in the past and have observed MITCHELL meet

with members of this DTO who were selling narcotics. Investigators have also observed correspondences between MITCHELL and members of this DTO utilizing cellular phones and social media. CPD Detective Tabor and DCDTF Detective Hall interviewed MITCHELL at the Columbus Police Department headquarters building. MITCHELL was advised of her constitutional rights (Miranda warning) and signed a waiver of rights prior to speaking with detectives. MITCHELL was asked about her dealings with members of this DTO and she advised she communicated with a male in Mexico via cellular phone and Facebook Messenger. MITCHELL stated she last communicated with the male in Mexico approximately a week prior to this interview via Facebook. MITCHELL stated the male in Mexico told her he was going to come to the Columbus, Ohio area.

14.     MITCHELL advised she could not remember Facebook account name for the male in Mexico, but she stated it would be on her cellular phone. MITCHELL's cellular phones were retrieved so she could show investigators the messages. MITCHELL then stated she did not want to show the messages to investigators and claimed she did not know the passwords for her cellular phones.

15.     On February 2, 2021, investigators received information from a CI stating he/she received a Facebook message from the "Lopez Arellano Sergi" Facebook account stating the male from Mexico was supposedly in Ohio and wanted to meet the CI. The CI showed investigators screenshots of the conversation.

16.     Based upon information developed during the course of this investigation as well as through various cooperating sources, cooperating defendants, and confidential informants, investigators know that members of this DTO utilize multiple technologies to communicate such as cellular phones, computers, and various social media and communication applications like

Facebook and Facebook Messenger. Based on information obtained by technical analysis of seized phones from members of this DTO as well as information provided by various sources, investigators know the listed Facebook account in Attachment A is utilized by the Mexican source of supply for the narcotics (Target Subject) and that this male in Mexico utilizes Facebook Messenger on this account to communicate with other members of this DTO as well as the drug users in the central Ohio area.

## **TECHNICAL BACKGROUND**

17.     Through my training and experience, I have learned that Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com. Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public. Even if the owner deletes the news, photographs, videos, and other information, it may continue to be available on Facebook's servers for a certain period of time.

18.     Facebook asks users to provide basic contact information to Facebook, either during the registration process or thereafter. This information may include the user's full name, birth date, contact e-mail addresses, physical address (including country, city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns a unique user identification number to each account.

19.     Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, to all Facebook users, or to anyone with access to the Internet, including people who are not

Facebook users. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

20. Facebook users may join one or more groups or networks to collect and interact with other users who are members of the same group or network. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "Mini-Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

21. Facebook users can create profiles that include photographs, lists of personal interests, employment information, educational institution affiliation, residential information, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

22. Facebook has a Photos application, where users can upload an unlimited number of albums and photos. Another feature of the Photos application is the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, a user's "Photo print" includes all photos uploaded by that user that have not been deleted, as well

as all photos uploaded by any user that have that user tagged in them. In addition to Facebook storing digital photographs, each photograph uploaded by a user contains metadata which is stored separately by Facebook. Metadata is defined by the Merriam-Webster dictionary as, "data that provides information about other data." In particular, metadata associated with digital images and photographs provides information about the digital image – including its file type, date and time the file was created or modified, the computer software utilized to created or modify the image, as well as the computer hardware used to create the digital image or photograph – including the device serial number, make, model, photographic settings, and global positioning system (GPS) coordinates.

23.     Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. These private messages may also include attachments, such as videos and photos. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile – referred to as "notifications."

24.     Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger.

25.     The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page. Gifts cost money to purchase, and a personalized message can be attached to each gift. Facebook users can also send each other "pokes," which are

free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

26.     Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

27.     In addition to the applications described above, Facebook also provides its users with access to thousands of other applications on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that user's access or use of that application may appear on the user's profile page.

28.     Some Facebook pages are affiliated with groups of users, rather than one individual user. Membership in the group is monitored and regulated by the administrator or head of the group, who can invite new members and reject or accept requests by users to enter. Facebook can identify all users who are currently registered to a particular group and can identify the administrator and/or creator of the group. Facebook also assigns a group identification number to each group. Facebook uses the term "Group Contact Info" to describe the contact information for the group's creator and/or administrator, as well as a Portable Document Format (PDF) of the current status of the group profile page.

29.     Facebook uses the term "Neoprint" to describe an expanded view of a given user profile. The "Neoprint" for a given user can include the following information from the user's profile: profile contact information; Mini-Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings;

rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

30. Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

31. Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account numbers). In some cases, Facebook users may communicate directly with Facebook about issues relating to their account, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well records of any actions taken by the provider or user as a result of the communications.

32. In certain circumstances, Facebook collects and retains location data from any Facebook enabled mobile device. This includes Android and iPhone devices. The company uses this information for location-based advertising and location-based search results. Per Facebook, this information is derived from Global Position System (GPS) data, cell site/cell tower information, and Wi-Fi access points. While the specific parameters of when this data is collected are not entirely clear, it appears that Facebook collects this data whenever one of their services is

activated and/or whenever there is an event on the mobile device such as a phone call, text message, internet access, or email access. I believe this data will show the movements of the suspect's mobile device and assist investigators with establishing patterns of movement, identifying residences, work locations, and other areas that may contain further evidence relevant to the ongoing criminal investigation. It is my belief that Facebook may be able to provide location information both historically and in a prospective manner similar to a pen register, trap and trace, or "ping" warrant.

33.     All of the above listed Facebook account information is useful to locate and safely apprehend the Target Subject. The sought information will allow the affiant to know when the Target Subject is likely to be active, when he is likely to be with friends and associates, and where he is likely to be at certain times. Historical information will help the affiant predict his patterns of behavior and help determine where he is likely to be in the future. Photograph information is also useful to determine if the Target Subject has altered his appearance. The communications between the Target Subject and with whom he is currently communicating is useful to determine where and when the Target Subject will be at a certain time.

34.     Therefore, the computers of Facebook are likely to contain all the material previously described, including stored electronic communications, video, and photographic content, and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and account application.

## **INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED**

35.     Your Affiant anticipates executing this warrant under the Electronic Communications Privacy Act, in particular Title 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of

the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

36.     Based on the facts set forth in this Affidavit, there is probable cause to believe that the male source of supply in Mexico (Target Subject) is currently using the Facebook account with username "ernesto.quinteromacias" (http://www.facebook.com/ernesto.quinteromacias) listed under the screen name of "Lopez Arellano Sergei" to contact and arrange drug transactions with drug users and to communicate with other members of this DTO in the central Ohio area. In addition, the person in Mexico believed to be operating this account has been directly linked to over 2,000 grams of methamphetamine and 10 grams of heroin seized by law enforcement from other members of this DTO and/or drug users linked to this Target Subject, and therefore this Target Subject was and is involved in the conspiracy to possess with intent to manufacture, distribute, or dispense a controlled substance, in the Southern District of Ohio, in violation of Title 21 U.S.C. § 846.

37.     Your Affiant has probable cause to believe that Facebook headquartered at 1601 Willow Road, Menlo Park, CA 94025 maintains evidence of violations of Title 21 U.S.C. § 846 involving the Target Subject and other members of this DTO since 2018. This evidence, listed in Attachment B of this affidavit, which is incorporated herein by reference, is contraband, the fruits of crime, or things otherwise criminally possessed, or property which is or has been used as the means of committing the foregoing offenses. Therefore, I respectfully request that the attached warrant be issued authorizing the search and seizure of the items listed in Attachment B.

38.    Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  Furthermore, because the warrant will be served on Facebook, who will then compile the requested records at a time convenient to it, there exists reasonable cause to permit the execution of the requested warrant at any time in the day or night.

Respectfully submitted,

ROBERT KUKOVEC   Digitally signed by ROBERT KUKOVEC
                 Date: 2021.02.11 14:19:50 -05'00'

Robert Kukovec
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me on this ___11___ day of ___Februrary___, 2021

_____
UNITED STATES MAGISTRATE JUDGE

14

**ATTACHMENT A**

**DESCRIPTION OF ITEMS TO BE SEARCHED**

This warrant applies to information, including but not limited to communications, videos, photographs, and any available historical or prospective location information related to the Facebook account associated with **username "ernesto.quinteromacias" (http://www.facebook.com/ernesto.quinteromacias) listed under the screen name of "Lopez Arellano Sergi"** between September 24, 2020 through present that are stored at premises owned, maintained, controlled, or operated by Facebook, a social networking company headquartered at 1601 Willow Road, Menlo Park, CA 94025 within the Northern District of California.

IT IS REQUESTED THE RELEASE OF THE RECORDS NOT BE DISCLOSED TO THE PAGE OWNER.  FACEBOOK POLICY REQUIRES THE PAGE OWNER TO BE NOTIFIED UNLESS OTHERWISE ORDERED IN THE SEARCH WARRANT.   IT IS MY BELIEF THAT NOTIFICATION WILL RESULT IN THE LOSS OF INFORMATION AND COMPROMISE THE INTEGRITY OF THE ONGOING CRIMINAL INVESTIGATION. FURTHERMORE, THE SIGNATURE OF THE ISSUING JUDGE SHALL SUFFICE AS THE ISSUANCE OF AN ORDER NOT TO DISCLOSE THE RELEASE OF INFORMATION TO THE ACCOUNT SUBSCRIBER.

## **ATTACHMENT B**

### **PARTICULAR THINGS TO BE SEARCHED AND SEIZED**

I.  **Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook, Facebook is required to disclose the following information that is associated with **username "ernesto.quinteromacias" (http://www.facebook.com/ernesto.quinteromacias) listed under the screen name of "Lopez Arellano Sergi"** between September 24, 2020 through present:

a.  All contact information, including full name, user identification number, birth date, contact e-mail addresses, physical address (including country, city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers, for the subscriber of the specified account;

b.  All user privacy settings for and logs associated with any changes/alterations to privacy settings;

c.  All communications to initiate "Friend Requests" and all pending "Friend Requests;"

d.  All user profile information and profile contact information that includes photographs, lists of personal interests, employment information, educational institution affiliation, residential information, and other personal information.  All "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet;

e.  All Photoprints and digital images, including all photos uploaded, sent, or received by the above referenced User ID/Facebook ID and all photos uploaded, sent, or received by any user that have that user tagged in them.  In addition, please provide

the photos in their original file format, including all metadata associated with such photographs and the EXIF information;

f.   All videos uploaded, sent, or received by the above referenced User ID/Facebook ID and date and time stamp of when videos were uploaded, sent, or received, if available.  In addition, if available, please provide the videos in their original file format, including all metadata associated with such videos and the EXIF information;

g.   All other communications and messages made or received by the user, including "notifications" and all private messages to other Facebook users.  All contents of the recipient's messaging "Inbox," which also stores copies of messages sent by the recipient, as well as Facebook Chat;

h.   All Facebook Notes data – including all posted blog data and imported blog data posted to the user account;

i.   All Facebook Gifts transaction data and banking/financial information associated with such transactions;

j.   All information about the user's access and use of Facebook Marketplace;

k.   All applications subscribed to by the user and all data associated with the user's access or use of all subscribed applications as well as applications the user has un-subscribed;

l.   All group information subscribed to by the user including group identification numbers, a list of users currently registered to the group, and Group Contact Info, including all contact information for the creator and/or administrator of the group and a PDF of the current status of the group profile page.  All group identification numbers/names the user un-subscribed;

m.  All Neoprints, including profile contact information; Mini-Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

n.  All IP logs, including all records of the IP addresses that logged into the account, as well as date(s) and time(s) associated with the logins, including connect and disconnect times;

o.  Most recent logins for the User ID/Facebook ID listed above;

p.  The length of service (including start date), the types of service utilized by the user, and the means and source of any payments associated with the service (including any credit card or bank account numbers), and all records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken;

q.  The date when the account was activated, deactivated, reactivated, disabled, and/or deleted; and

r.  All available location information both historically and in a prospective manner.  In certain circumstances, Facebook collects and retains location data from any Facebook enabled mobile device.  This includes Android and iPhone devices.  The company uses this information for location-based advertising and location-based search results.  Per Facebook, this information is derived from Global Position System (GPS) data, cell site/cell tower information, and Wi-Fi access points.

## II. Information to be seized by the government

All information described in Section I, including correspondence, photographs, videos, electronic mail, and electronic messages that constitutes evidence of a crime, contraband, fruits of crime, or other items illegally possessed, or property designed for use, intended for use, or used in committing violation of Title 21 U.S.C. § 846, including, for the account or identifier listed on Attachment A, information pertaining to the following matters, including attempting and conspiring to engage in the following matters:

a.  Any communications related to the conspiracy to possess with intent to manufacture, distribute, or dispense a controlled substance;

b.  All images and videos that show the conspiracy to possess with intent to manufacture, distribute, or dispense a controlled substance;

c.  Any information that can be used to identify the owner/user of the specified account; and

d.  Any location information that can identify the historical, current, and/or prospective location of the suspect(s) associated with the account.